## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 12-1147


STATE OF LOUISIANA

VERSUS

DEMETRIUS D. NASH


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 27791-09
HONORABLE D. KENT SAVOIE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## MARC T. AMY
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and J. David Painter, Judges.

**AFFIRMED.**


**John F. DeRosier**
**District Attorney**
**Post Office Box 3206**
**Lake Charles, LA 70602-3206**
**(337) 437-3400**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana**

**Edward J. Marquet**
**Post Office Box 53733**
**Lafayette, LA 70505-3733**
**(337) 237-6841**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Demetrius D. Nash**

**Demetrius D. Nash**
**Avoyelles Correctional Center**
**1630 Prison Road**
**Cottonport, LA 71327**
**IN PROPER PERSON**

**AMY, Judge.**

In this case, the defendant, Demetrius D. Nash, pled guilty to one count of armed robbery, a violation of La.R.S. 14:64. The defendant appeals. The defendant moved to consolidate briefing in this case and in *State v. Demetrius D. Nash*, 12-1146 (La.App. 3 Cir. _/_/_), __ So.3d __. For the reasons given in docket number 12-1146, the defendant's conviction and sentence for armed robbery are affirmed.

**AFFIRMED.**